IN THE UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | CR 06-1091 TUC JMR |
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| LINDA ROSE CARCIA, et al., | ) | |
| | ) | |
| Defendants.. | ) | |

The District Court, having independently reviewed the pleadings in the court file in this matter and the Magistrate Judge's Report and Recommendation, and no objections having been filed by counsel of record,

**IT IS ORDERED** that the District Court **ADOPTS** the Magistrate Judge's report and recommendation dated December 15, 2006.

**IT IS FURTHER ORDERED** that defendant Linda Rose Garcia's motion to suppress evidence (Doc. No. 16) is **DENIED**.

**IT IS FURTHER ORDERED** defendant Linda Rose Garcia's motion to sever defendants is now **MOOT,** in light of guilty pleas entered by co-defendants.

This case remains set for trial as to defendant Linda Rose Garcia on February 13, 2007.

DATED this 2nd day of February, 2007.

_____
John M. Roll
Chief United States District Judge